In the Matter of the Application of James W. Kerwin, by Patrick Kerwin, His Guardian ad Litem, for the Examination of William S. Brady.— Motion for leave to reargue motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for reargument of motion for a stay of proceedings pending the application to appeal denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

Margaret Sheehan, Appellant, v. Samuel J. Jaffa and Another, Respondents. — Judgment served by mail. Notice of appeal served within thirty-three days after the date of mailing. The service of the notice of appeal was timely. (Civ. Prac. Act, § 164; Adams v. Atlanta Construction Co., 198 App. Div. 430.) Motion granted, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Michael Shoemaker, Appellant, against S. H. Jordan and Another, Respondents. State Industrial Board, Respondent.— Motion to reinstate appeal denied. Application to have appeal heard on type-written record denied. The court has examined the minutes of the hearing and finds that an appeal to this court would be futile because only a question of fact was presented for determination and the finding of the Board is conclusive on the court. The court is in full accord with the finding of the Board and the evidence does not warrant any other conclusion. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of William Spinks, Respondent, against American Manufacturing Company, Appellant, and State Insurance Fund. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Claude W. King, Respondent, against John W. Cowper Co. and Another, Appellants. State Industrial Board, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

Mary A. Martenhoff and Another, as Administrators, etc., of John H. Martenhoff, Deceased, Respondents, v. Herbert Wilken and Others, Appellants. Mary A. Martenhoff and Another, as Administrators, etc., of Ruth Martenhoff, Deceased, Respondents, v. Herbert Wilken and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.